[No. 264-1.    Division One—Panel 1.    September 22, 1970.]

THE STATE OF WASHINGTON, *Respondent,* v. KENNETH PEELER, *Appellant.*

*John Sweet,* for appellant (appointed counsel for appeal).

*Charles O. Carroll, Prosecuting Attorney,* and *Douglas S. Dunham, Deputy,* for respondent.

PER CURIAM.—The issues in this appeal are identical to those advanced and considered in *State v. Zornes,* 78 W.D.2d 9, 456, 475 P.2d 109 (1970). For the reasons set forth in that decision, the judgment in this case is reversed and the action dismissed.